UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH VERRIER,

    Plaintiff,

v.                                              Case No: 2:17-cv-204-FtM-38CM

MICHELLE RENO, ROBYNE
WEHLE and BRADLEY ROUSKEY,

    Defendants.

## **ORDER**[1]

This matter comes before the Court on review of the file. Last month, the Court dismissed (without prejudice) *pro se* Plaintiff Joseph Verrier's Complaint under 28 U.S.C. § 1915. (Doc. 11; *see also* Doc. 9). The Court permitted him to file an amended complaint, after paying the applicable filing fee, on or before December 13, 2017. (Doc. 11 at 2). It also warned him "[f]ailure to comply with this Order may result in the Court closing this case." (*Id.*) Verrier's deadline has passed, and he has neither paid the filing fee nor filed an amended complaint. The Court thus will dismiss this case without prejudice for failure to comply with the prior Orders of the Court and failure to prosecute.

Accordingly, it is now

**ORDERED:**

(1) The Complaint (Doc. 1) is **DISMISSED without prejudice**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of December 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record